Melissa DuChene, Calif. Bar No. 260942
LAW OFFICES OF HARRY J. BINDER AND
CHARLES E. BINDER, P.C.
4000 W. Metropolitan Dr.
Orange, CA 92868-3504
Phone (714) 564-8640
Fax   (714) 564-8641
Email:  mduchene@binderandbinder.com

Attorney for plaintiff Jennifer Karno

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER KARNO,<br><br>PLAINTIFF,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL<br>SECURITY,<br><br>DEFENDANT. | No. EDCV 09-00847-MLG<br><br>ORDER AWARDING EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), and for cause shown,

IT IS ORDERED that plaintiff's attorney, as plaintiff's assignee, is awarded attorney's fees pursuant to the Equal Access to Justice Act ("EAJA") in the amount of THREE THOUSAND SIX HUNDRED FOURTY SEVEN DOLLARS and 14/100's ($3,647.14), as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: February 5, 2010

_____
HONORABLE MARC L. GOLDMAN
UNITED STATES MAGISTRATE JUDGE

Proposed Order for EAJA Fees

- 1